### GARZA v. STATE.  (No. 12954.)

Court of Criminal Appeals of Texas. Jan. 22, 1930.

B. F. Patterson, of San Antonio, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for unlawfully carrying a dirk (article 483, Pen. Code); punishment being assessed at a fine of $100.

The record brings forward neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.